

DocuSign Envelope ID: 5B6E6D63-C6E8-494B-9EF5-C5FC6D7A107F

## SOLAR SYSTEM WORK ORDER

**THIS WORK ORDER AGREEMENT** ("Work Order") to the Channel Partner Agreement between Sunnova Energy Corporation ("Sunnova") and Maximo Solar ("Contractor") is made and entered into by and between Sunnova and Contractor for the design, engineering, procurement, construction, installation, and testing of the Solar System described in this Work Order.  Each Party represents that the representations and warranties of such Party in Article 19 of the Channel Partner Agreement are true and correct in all material respects as of the date of signature by such Party, as indicated below and that Contractor is not in default in any respect.  Capitalized terms used in this Work Order have their respective meanings set forth in the Channel Partner Agreement.

Sunnova and Contractor agree as follows:
The Solar System that is the subject of this Work Order shall be designed, engineered, procured, constructed, and installed as follows:

| | |
|---|---|
| Sunnova System ID | DF001054878 |
| Customer Name | Carlos Mauras Diaz |
| Contract Amount ($) | $7,644.00 |
| Job Site Address | H9 BO BAJOS CARR 3 KM 119 , PATILLAS, PR 00723 |
| Job Site Utility Company | PREPA - PR |
| System Size (STC DC kW) | 3.120 kW |
| Incentives (Rebate) Authority | |
| Incentives (Rebate) Amount | $0.00 |
| Module Model and Count | Hanwha Q-Cells HanwhaQ-Cells-Q.PROBFR-G3260 (12) |
| Inverter Model and Count | Enphase Energy EnphaseEnergy-M215-60-2LL-S2x-IG (12) |
| Monitor Model and Count | Itron GSMV (1) |
| Racking | Maximo Solar Industries |
| Year 1 Annual Production | 5,346 kWh |

   Contractor shall achieve Substantial Completion by the Guaranteed Substantial Completion Date and achieve Final Completion promptly thereafter unless otherwise excused under the Channel Partner Agreement. Should Contractor fail to achieve Substantial Completion or Final Completion, Sunnova shall provide Contractor with written notice of such failure and request for action.

   Contractor shall acknowledge such notice in writing to Sunnova within one (1) business day of receipt of such notice and complete the Work within ten (10) days of receipt of such notice.  If Contractor fails to deliver such acknowledgement to Sunnova or perform such Work within such time, Sunnova or its designated contractors shall have the right, but not the obligation, to complete such Work for Contractor and charge or set off Sunnova's costs and expenses for performing such Work.

   If Customer's Solar System produces energy over twenty-four (24) consecutive hours before the permission to operate being issued by the utility, Contractor will within seventy-two (72) hours after notification from Sunnova, either: (1) provide Sunnova with acceptable documentation that permission to operate has been issued by the utility; or (2) turn off Customer's Solar System to eliminate such pre-permission-to-operate production.  If Contractor fails to take either of these actions, Contractor will be liable to Sunnova for Customer's monthly charges from Sunnova for the month in which such unauthorized production occurs.

   Contractor will have Customer's Solar System turned on and successfully reporting in the Sunnova monitoring platform within seven (7) days of the issuance of the permission to operate by the utility. If Contractor fails to do so, Sunnova or its designated contractor may, in its sole discretion, have the Customer's System turned on, and Contractor will pay Sunnova's costs and expenses for such completion.

Copyright © 2015 by Sunnova Energy Corporation
All rights reserved.

If Sunnova or its designated contractors, at Sunnova's discretion, perform the following or similar actions during any Inspection, Sunnova may charge Contractor a flat fee, not to exceed $200: minor general repairs, re-secure PV Conductors, replace / repair screws at J-box, BOS, install stress relief on conductors, re-secure module clamp, re-secure racking component, repair/reseal roof penetration, repair/replace flashing, replace fuses / circuit breakers, troubleshoot inverter, replace / install NEC placards, rodent removal, repair minor roof damage, secure conduit to structure.

If Customer notifies Sunnova of an emergency requiring Warranty Services, Sunnova will provide Contractor with notice of such Warranty Services request. Contractor will provide such Warranty Services as promptly as reasonably practicable. If Contractor is unable or unwilling or otherwise fails to provide such Warranty Services to Sunnova's satisfaction, Sunnova may, in its sole discretion, have another designated contractor perform such Warranty Services and may charge Contractor for any costs, fees, or expenses of such Warranty Services.

If Customer notifies Sunnova of a non-emergency requiring Warranty Services, Sunnova will notify Contractor of such request. Contractor will acknowledge in writing to Sunnova within two (2) days (except in the case of an interruption or loss of service, and then one (1) day) and perform such Warranty Services promptly, but in no event more than ten (10) days (except for loss or interruption of service, which shall be within three (3) days). If Contractor fails to perform such Warranty Services by such time, Sunnova or its designated contractors will may, in its sole discretion, have such Warranty Services completed by another contractor and charge or set off Sunnova's costs and expenses for having such Warranty Services performed.

The remedies provided for in this Work Order shall be in addition to all other rights and remedies Sunnova may have under the Channel Partner Agreement (including, without limitation, Liquidated Damages) or any other agreement with Contractor, or under law or equity.

**IN WITNESS WHEREOF,** the Parties have caused this Work Order to be executed as of the respective dates set forth below.

| SUNNOVA ENERGY CORPORATION | |
|---|---|
| *Lynda Attaway* <br> Lynda Attaway <br> SVP Operations <br> Sunnova Energy Corporation | By: *Jonattan Martir* (DocuSigned by) <br> Name: Jonattan Martir <br> Date: junio 23, 2016 \| 12:06 CDT |

Copyright © 2015 by Sunnova Energy Corporation
All rights reserved.