

# sunnova

## Submission

**System ID:** *DF001054878*     **APPROVED**     Maximo Solar

Carlos Mauras Diaz     08/03/2016     Edwin Vargas
H9 BO BAJOS CARR 3 KM 119     2:34 PM     evargas@maximosolar.com
PATILLAS, PR 00723     Roof Micro     (787) 891-8080

### 1. Roof Array(s)     APPROVE

 

IMG-20160726-WA0012.jpg     IMG-20160726-WA0009.jpg

### 2. Module Attachments     APPROVE



IMG-20160726-WA0028.jpg



IMG-20160726-WA0026.jpg

### 3. Array Tilt     APPROVE



IMG-20160726-WA0007.jpg

4. Roof Underneath Array (Micro) — APPROVE



IMG-20160726-WA0014.jpg

5. Roof Flashing — APPROVE



IMG-20160726-WA0020.jpg

6. Roof Structural — APPROVE



IMG-20160726-WA0015.jpg

7. Roof J-Box/Conduit Entrance — APPROVE



IMG-20160726-WA0023.jpg

8. Roof Conduit Run     APPROVE



IMG-20160726-WA0019.jpg

9. Roof Conduit Penetration     APPROVE

 

IMG-20160726-WA0029.jpg

IMG-20160726-WA0034.jpg

10. Home Run Conduit     APPROVE


IMG-20160726-WA0011.jpg

**11. AC Combiner Panel** — APPROVE


IMG-20160726-WA0044.jpg

**12. Microinverters** — APPROVE


IMG-20160726-WA0016.jpg

**13. Microinverter Serial Numbers** — APPROVE


IMG-20160726-WA0017.jpg

14. AC Disconnect  APPROVE



IMG-20160726-WA0046.jpg

15. Sunnova Monitor  APPROVE



IMG-20160726-WA0010.jpg

16. Interconnection (tap or backfeed)  APPROVE



IMG-20160726-WA0004.jpg

© 2018 Sunnova Energy Corp.