

# Warning and Caution Labels Sheet

**Row 1 — WARNING labels (orange):**
- WARNING — ELECTRIC SHOCK HAZARD — DO NOT TOUCH TERMINALS. TERMINALS ON BOTH THE LINE AND LOAD SIDES MAY BE ENERGIZED IN THE OPEN POSITION
- WARNING — ELECTRIC SHOCK HAZARD — IF GROUND FAULT IS INDICATED ALL NORMALLY GROUNDED CONDUCTORS MAY BE UNGROUNDED AND ENERGIZED
- WARNING — ELECTRIC SHOCK HAZARD — DO NOT TOUCH TERMINALS. TERMINALS ON BOTH THE LINE AND LOAD SIDES MAY BE ENERGIZED IN THE OPEN POSITION
- WARNING — PHOTOVOLTAIC MODULES PRODUCE DC VOLTAGE WHENEVER THEY ARE EXPOSED TO SUNLIGHT
- WARNING — THIS EQUIPMENT FED BY MULTIPLE SOURCES. TOTAL RATING OF ALL OVERCURRENT DEVICES, EXCLUDING MAIN SUPPLY OVERCURRENT DEVICE, SHALL NOT EXCEED AMPACITY OF BUSBAR.
- WARNING — DUAL POWER SUPPLY SOURCES: UTILITY GRID AND PV SOLAR ELECTRIC SYSTEM

**Row 2:**
- PHOTOVOLTAIC SYSTEM DC DISCONNECT — RATED MPP VOLTAGE ___ VOLTS / RATED MPP CURRENT ___ AMPS / MAX SYSTEM VOLTAGE ___ VDC / MAX CIRCUIT CURRENT ___ AMPS
- PHOTOVOLTAIC SYSTEM AC DISCONNECT — RATED AC OUTPUT CURRENT ___ A / NOMINAL OPERATING AC VOLTAGE ___ V
- CAUTION — SOLAR CIRCUIT DISCONNECT
- PHOTOVOLTAIC MAIN SOLAR SYSTEM AC DISCONNECT
- PHOTOVOLTAIC SOLAR SYSTEM DISCONNECT
- PHOTOVOLTAIC SOLAR DISCONNECT
- WARNING — DO NOT OPEN UNDER LOAD

**Row 3:**
- DC DISCONNECT
- PHOTOVOLTAIC SOLAR DC DISCONNECT
- AC DISCONNECT
- PHOTOVOLTAIC SOLAR AC DISCONNECT
- CAUTION — SOLAR POINT OF CONNECTION
- CAUTION — PV OUTPUT CIRCUIT
- WARNING — INVERTER OUTPUT CONNECTION DO NOT RELOCATE THIS OVERCURRENT DEVICE
- WARNING — THIS SERVICE METER IS ALSO SERVED BY A PHOTOVOLTAIC SYSTEM
- WARNING — DO NOT DISCONNECT UNDER LOAD

**Row 4:**
- CAUTION — PHOTOVOLTAIC SYSTEM kWh METER
- WARNING — ELECTRIC SHOCK HAZARD. THE DC CONDUCTORS OF THIS PHOTOVOLTAIC SYSTEM ARE UNGROUNDED AND MAY BE ENERGIZED
- WARNING — DC COMBINER BOX
- WARNING — DC JUNCTION BOX
- WARNING — INVERTER INPUT CIRCUIT
- CAUTION — INVERTER OUTPUT CIRCUIT

**Row 5:**
- CAUTION — SOLAR CIRCUIT
- CAUTION — SOLAR CIRCUIT
- WARNING — PHOTOVOLTAIC SYSTEM COMBINER PANEL — DO NOT ADD LOADS / SOLAR ELECTRIC BREAKER IS BACKFED
- CIRCUIT 1, CIRCUIT 2, CIRCUIT 3, CIRCUIT 4, CIRCUIT 5 (multiple breaker labels)
- WARNING — PV SOURCE CIRCUIT

**Row 6:**
- CAUTION — SOLAR ELECTRIC SYSTEM CONNECTED
- WARNING: PHOTOVOLTAIC POWER SOURCE (multiple)
- DC PHOTOVOLTAIC OUTPUT CIRCUIT
- DC PHOTOVOLTAIC SOURCE CIRCUIT
- PHOTOVOLTAIC SYSTEM EQUIPPED WITH RAPID SHUTDOWN

---

CERTIFICACIÓN DE DISEÑADOR

ENDOSO

AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

FIRMA DEL DISEÑADOR

NÚMERO DE PROYECTO:

FECHA:

CARGA (kW):

STAMP
INGENIERO ELIEZER M. AVILES
LIC. 21718

ELIEZER M. AVILES ACEVEDO, P.E.
Engineering Consultant
Phone: (787) 431-7208 email: eliezer_aviles@yahoo.com
PO BOX 3062 AGUADILLA P.R. 00605

AUTHOR: WDS
APPROVED BY: ELIEZER M. AVILES ACEVEDO

REVISIONS | DATE

ONE LINE DIAGRAM SYSTEM LAYOUT U/I/PACK

E-1
SHEET 1 OF 1